UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DAVID GALESKI, JR.,

      Plaintiff,

Case No. 1:21-cv-697

Honorable Ray Kent

v.

EMILY A. MINNICK,

      Defendant.
_____/

**ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff has consented to the undersigned conducting all proceedings in the case, including entry of a final judgment and all post-judgment matters. On August 24, 2021, a copy of the Court's order to cure deficiency was returned marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward." (ECF No. 5.) On the same date, the order was re-mailed to Plaintiff's current address at Bellamy Creek CF as taken from the MDOC website. The order instructed Plaintiff to pay the filing fee for a civil action or to apply to proceed *in forma pauperis* by filing the required documents. Because Plaintiff has failed to cure the deficiency in a timely manner, his case is now subject to dismissal. However, because it is not clear whether Plaintiff actually received the deficiency order, the Court will order Plaintiff to show cause for his failure to cure the deficiency.

    Plaintiff shall show cause for his failure to either pay the filing fee or to apply in the manner required by law to proceed *in forma pauperis* within 28 days. If Plaintiff does not demonstrate cause for his failure to comply with the Court's order, his complaint may be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: October 21, 2021 /s/ Ray Kent
Ray Kent
United States Magistrate Judge